WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Andres Martinez-Bujanda, | No. CV-16-00075-PHX-JJT (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Loretta E Lynch, et al., | |
| Respondents. | |

The Court has considered Petitioner's "Motion for Leave to File a Motion to Exceed the 11 Page Limit on a Reply to the Respondent's Opposition to a Writ of Habeas Corpus" (Doc. 29), the lodged proposed "Motion to Exceed the 11 Page Limit on an Answer to the Respondent's Opposition to a Petition for Writ of Habeas Corpus" (Doc. 30), "Motion for Leave to File a Motion to Add or Supplement 10 More Additional Pages" (Doc. 32), the lodged proposed "Motion to Add or Supplement the Petitioner's Reply to the Response in Opposition to a Writ of Habeas Corpus" (Doc. 33), "Motion for Notice of Lodgment or Supplemental Lodgment of Evidence Support of a Petition for Writ of Habeas Corpus" (Doc. 35), and "Motion for an Evidentiary Hearing in Support of Petitioner's Writ of Habeas Corpus" (Doc. 36). No responses have been filed to Petitioner's multiple requests to exceed the Court's page limitation on his reply. These motions to exceed the Court's page limitation will be granted.

1  The Court has considered Respondents' "Response In Opposition To Petitioner's Motion for an Evidentiary Hearing" (Doc. 37). No further briefing is necessary regarding Petitioner's request for an evidentiary hearing. The Motion (Doc. 36) will be denied. Should the Court determine that an evidentiary hearing is necessary upon review of the fully briefed Amended Petition Under 28 U.S.C.§ 2241 for Writ of Habeas Corpus (Doc. 17), an evidentiary hearing will be set on the Court's own motion.

For good cause shown,

**IT IS ORDERED** granting Petitioner's "Motion for Leave to File a Motion to Exceed the 11 Page Limit on a Reply to the Respondent's Opposition to a Writ of Habeas Corpus" (Doc. 29), the lodged proposed "Motion to Exceed the 11 Page Limit on an Answer to the Respondent's Opposition to a Petition for Writ of Habeas Corpus" (Doc. 30), "Motion for Leave to File a Motion to Add or Supplement 10 More Additional Pages" (Doc. 32), the lodged proposed "Motion to Add or Supplement the Petitioner's Reply to the Response in Opposition to a Writ of Habeas Corpus" (Doc. 33), and "Motion for Notice of Lodgment or Supplemental Lodgment of Evidence Support of a Petition for Writ of Habeas Corpus" (Doc. 35).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged proposed "Motion to Exceed the 11 Page Limit on an Answer to the Respondent's Opposition to a Petition for Writ of Habeas Corpus" (Doc. 30). The Court has granted that motion above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged proposed "Motion to Add or Supplement the Petitioner's Reply to the Response in Opposition to a Writ of Habeas Corpus" (Doc. 33). The Court has granted that motion above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged proposed Petitioner's Supplemental Reply Brief to Respondent's Response in Opposition to a Writ of Habeas Corpus (Doc. 34).

1     **IT IS FURTHER ORDERED** denying the Motion for an Evidentiary Hearing in
2  Support of Petitioner's Writ of Habeas Corpus (Doc. 36).
3     Dated this 31st day of August, 2016.

Honorable Eileen S. Willett<br>
United States Magistrate Judge