NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Andres Martinez-Bujanda,<br><br>Petitioner,<br><br>v.<br><br>Loretta E. Lynch, et al.,<br><br>Respondents. | No. CV-16-00075-PHX-JJT<br><br>**ORDER** |

At issue is the Report and Recommendation ("R&R") prepared by United States Magistrate Judge Eileen Willett in this matter (Doc. 46), recommending dismissal of the Petition upon motion of Petitioner. (Doc. 44.) Time for objection having passed with none filed, the Court will adopt the R&R in whole and dismiss the petition without prejudice.

IT IS ORDERED adopting the R&R at Doc. 46 and dismissing the Petition for Writ of Habeas Corpus without prejudice. The Clerk of Court shall close this matter.

Dated this 17th day of May, 2017.

Honorable John J. Tuchi
United States District Judge